1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALDINE MCWEENEY,

          Plaintiff,

   v.

JO ANNE BARNHART, Commissioner of
Social Security,

          Defendant.

_____/

No. C 05-01989 CRB

**ORDER**

     This is a social security appeal.  On May 13, 2005, this action was transferred to this Court from the Eastern District of California and assigned to a magistrate judge.  On May 27, 2005, defendant declined to consent to having the case heard by a magistrate judge and the action was reassigned to this Court.  Since that time, defendant has not answered or otherwise responded to the complaint as is required by the local rules and the procedural orders issued in all social security cases.  Accordingly, on or before January 27, 2006, defendant shall file an answer together with a certified copy of the administrative record.

     **IT IS SO ORDERED.**

Dated: January 12, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**

For the Northern District of California

2