IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE MCWEENEY, | No. C 05-01989 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

This is a social security appeal. On May 13, 2005, this action was transferred to this Court from the Eastern District of California and assigned to a magistrate judge. On May 27, 2005, defendant declined to consent to having the case heard by a magistrate judge and the action was reassigned to this Court. The parties have taken no action in this case since that time. On January 12, 2006, the Court issued an order directly defendant to file an answer. In response, defendant advised the Court that the answer and record were filed in the action prior to the transcript. Under the Local Rules, then, plaintiff should have filed a motion for summary judgment.

Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution. In particular, plaintiff shall file a motion for summary judgment on or before February 24, 2006. Defendant shall file its cross-motion in accordance with the Local Rules. Plaintiff is warned that a failure to file her motion may

1  result in dismissal of her complaint.

2  **IT IS SO ORDERED.**

4  Dated: February 7, 2006

                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE