```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7260
      Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12  GERALDINE MCWEENEY,              )
                                     )
13         Plaintiff,                )  CIVIL NO.  05-01989 B̶Z̶  CRB
                                     )
14         v.                        )  STIPULATION AND ORDER EXTENDING
                                     )  DEFENDANT'S TIME TO FILE
15  JO ANNE B. BARNHART,             )  RESPONSE TO PLAINTIFF'S
    Commissioner of Social Security, )  MOTION FOR SUMMARY JUDGMENT
16                                   )
           Defendant.                )
17  _____)

18       IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
19  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to
20  file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on
21  March 24, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on April 24, 2006.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

---

[1] See attached Declaration of Deborah Lee Stachel.

1 | This is defendant's first request.

Dated: March 14, 2006
/s/
JESSE KAPLAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: March 15, 2006     By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 16, 2006

~~BERNARD ZIMMERMAN~~   CHARLES R. BREYER
United States ~~Magistra~~te Judge
                District

MCWEENEY, EXT.MXSJ (dls)
C 05-01989 BZ                                2

KEVIN V. RYAN
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Acting Chief, Civil Division
SARA WINSLOW
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE McWEENEY,<br><br>          Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>          Defendant. | CIVIL NO. C-05-01989 CRB<br><br>DECLARATION IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |

I, Deborah Lee Stachel, declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration, Region IX.

2. I am requesting a 30-day extension for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
2 | Executed in San Francisco, California on March 13, 2006.
3 |
4 |
5 | By       /s/
    Deborah Lee Stachel
6 | Assistant Regional Counsel