1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 GERALDINE MCWEENEY,           )
                                 )
13         Plaintiff,            )   CIVIL NO. 05-01989 CRB
                                 )
14         v.                    )   STIPULATION AND ORDER OF REMAND
                                 )
15 JO ANNE B. BARNHART,          )
   Commissioner of Social Security, )
16                               )
           Defendant.            )
17 _____)

18     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that this action be remanded to the defendant Commissioner pursuant to

20 sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.

21     On remand, the Administrative Law Judge (ALJ) will be directed to:

22     1. Further address the opinions of treating sources Drs. Jue and Leek (Exhibits 14F and 16F);

23     2. Further evaluate the credibility of Plaintiff's subjective complaints;

24     3. Further evaluate the lay witness testimony;

25     4. Obtain medical expert opinion, if necessary; and

26 ///

27 ///

28 ///

1   5.  Reassess Plaintiff's residual functional capacity.

Dated: March 24, 2006

/s/
JESSE KAPLAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: March 28, 2006         By:      /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

Dated:   March 29, 2006

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

MCWEENEY, REMDS4 (ds)
C 05-01989 CRB                 2