```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALDINE MCWEENEY,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  05-01989 CRB<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

    1. Defendant shall pay THREE THOUSAND DOLLARS ($3,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.  The check is to be payable to plaintiff's counsel:

JESSE S. KAPLAN<br>
5441 FAIR OAKS BLVD., STE C-1<br>
CARMICHAEL, CA 95608<br>
(916) 488-3030; FAX (916) 489-9297

    2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1  Act.

2      3. Payment of the THREE THOUSAND DOLLARS ($3,000.00) EAJA fees incurred in this
3  court action, will constitute a complete release from and bar to any and all claims, rights, causes of
4  action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result
5  of this court action.

Dated: April 19, 2006    /s/
                                JESSE KAPLAN
                                Attorney for Plaintiff

                                KEVIN V. RYAN
                                United States Attorney

Dated: April 19, 2006    By:    /s/
                                SARA WINSLOW
                                Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   April 20, 2006
                                CHARLES R. BREYER
                                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

MCWEENEY, EAJA STIP (ds)
C 05-01989 CRB                   2